UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

DAVID CROWELL,

                Defendant.

25-cr-465 (JGK)

SCHEDULING ORDER

---

JOHN G. KOELTL, District Judge:

    Trial is scheduled for **April 28, 2026, at 9:00 a.m.**

    The defendant may file any Rule 12 motions by **November 25, 2025.** The Government may respond by **December 15, 2025,** and the defendant may reply by **December 22, 2025.** The Court will hear argument on the motions on **January 16, 2026, at 10:30 a.m.**

    The Government should submit Rule 404(b) disclosures by **January 30, 2026.**

    The Court will hold a conference on **January 30, 2026, at 11:00 a.m.**

    The parties should file any motions *in limine*, requests to charge, and proposed voir dire by **February 13, 2026.** Responses and objections are due **February 20, 2026.**

     The final pre-trial conference will be held on **April 21, 2026, at 11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            November 4, 2025

                                             _____
                                                John G. Koeltl
                                           **United States District Judge**