UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       - against -              25-cr-465 (JGK)

DAVID CROWELL,              ORDER

           Defendant.
_____

JOHN G. KOELTL, District Judge:

The Court has scheduled argument on the pending motion for January 16, 2026, at 10:30 a.m. In addition, the Court will conduct an evidentiary hearing on the motion to suppress to consider whether the stop was impermissibly prolonged and whether the seized firearm was in plain view.

The Government should make the five New York Police Department personnel whose body camera footage was submitted available for examination.

SO ORDERED.

Dated:    New York, New York
          January 7, 2026

                             John G. Koeltl
                 United States District Judge