UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

UNITED STATES OF AMERICA,

              - against -               25-cr-465 (JGK)

DAVID CROWELL,                       ORDER

                  Defendant.
———————————————————————————

JOHN G. KOELTL, District Judge:

On October 9, 2025, the defendant, David Crowell, was charged in a three-count indictment with possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(C) (Count One); firearm use, carrying, and possession, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count Two); and possession of a firearm and ammunition by a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1) (Count Three). ECF No. 12. The defendant moves for an order dismissing Count Three of the indictment on Second Amendment grounds. See ECF No. 22. The defendant argues that § 922(g)(1) is unconstitutional both on its face and as applied to him. ECF No. 23, at 1.

As the defendant acknowledges, this argument is foreclosed by the Court of Appeals for the Second Circuit's decision in Zherka v. Bondi, 140 F.4th 68, 70 (2d Cir. 2025). The defendant's motion to dismiss is therefore **denied**.

The Clerk is respectfully requested to close ECF No. 22.

**SO ORDERED.**

Dated:    **New York, New York**
          **January 21, 2026**

                                    _____
                                    **John G. Koeltl**
                                    **United States District Judge**

2