UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,
                           Plaintiffs,

        -against-                                              25 cr 465 (JGK)

DAVID CROWELL,
                           Defendant.

---------------------------------------------------------------X

The conference scheduled for Friday, January 30, 2026, at 11:00am, is canceled. The parties

shall advise the Court if they need a status conference.

**SO ORDERED.**

_____
         **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 22, 2026.