UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

UNITED STATES OF AMERICA

    - against -

DAVID CROWELL,

              Defendant.

————————————————————————————

25-cr-465 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on their respective motions in limine on **Wednesday, April 8, 2026, at 2:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
          March 19, 2026

                                John G. Koeltl
                        United States District Judge