UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        - against -

DAVID CROWELL,

              Defendant.

_____

25-cr-465 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government should respond to the defendant's motion to exclude the Government's proposed expert testimony by **March 27, 2026.** The defendant may reply by **April 1, 2026.**

SO ORDERED.

Dated:    New York, New York
           March 23, 2026

                                 John G. Koeltl
                      United States District Judge