UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────

UNITED STATES OF AMERICA

     - against -

DAVID CROWELL,

               Defendant.

──────────────────────────────────

25-cr-465 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing held March 25, 2026, the defendant's motion to suppress is **denied.** The Clerk is respectfully requested to close ECF No. 26.

The defense may make its anticipated motion to sever by **March 27, 2026.** The Government may respond by **April 1, 2026.** The defense may reply by **April 3, 2026.**

The Government may make its anticipated supplemental motions in limine by **March 27, 2026.** The defense may reply by **April 1, 2026.** The defense may reply by **April 3, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 25, 2026

                                   John G. Koeltl
                      United States District Judge