Case 1:25-cr-00465-JGK Document 68 Filed 09/02/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 2, 2026

**By ECF and Email**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. David Crowell*, 25 Cr. 465 (JGK)**

Dear Judge Koeltl,

I write on behalf of David Crowell, without objection from the Government, to respectfully request an adjournment of Mr. Crowell's sentencing hearing from September 22, 2026 at 11:30 a.m. to a date four to six weeks out that is convenient for the Court. This is a first adjournment request, and the additional weeks will allow time for me to complete our mitigation investigation in preparation for sentencing.

Thank you for your consideration of this request.

Respectfully,

/s/ Nora Stephens
Assistant Federal Defender
212-417-8700

cc: AUSA Timothy Ly

DEFENSE SUBMISSIONS: OCTOBER 27, 2026
GOVERNMENT SUBMISSIONS: NOVEMBER 3, 2026
SENTENCING ADJOURNED TO MONDAY, NOVEMBER 10, 2026, AT 4:00PM.
SO ORDERED.
9/8/26 J G Koeltl
USDJ