Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2026

**By ECF and Email**

ADJOURNED TO TUESDAY, NOVEMBER 17, 2026, AT 2:30PM
SO ORDERED.
10/19/26
[signature]
USDJ

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. David Crowell*, 25 Cr. 465 (JGK)**

Dear Judge Koeltl,

I write on behalf of David Crowell, without objection from the Government, to respectfully request an adjournment of Mr. Crowell's sentencing hearing from November 10, 2026 at 4:00 p.m. to November 17, 2026 at 2:30 p.m., when I understand the Court and all parties are available. Members of Mr. Crowell's legal team have a scheduling conflict on November 10.

Thank you for your consideration.

Respectfully,

/s/ Nora Stephens
Assistant Federal Defender
212-417-8700

cc: AUSA Timothy Ly